United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 7, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 05-41150
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-

Appellee,

versus

ROQUE CORTINAS,

Defendant-

Appellant.

--------------------------------------------------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:03-CR-816-4
--------------------------------------------------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Damian Orozco, counsel for Roque Cortinas, has moved for leave to withdraw and has filed

a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Cortinas has not responded

to counsel's motion. Our independent review of the record and counsel's brief shows that there are

no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and this appeal is DISMISSED.  *See* 5TH CIR.

R. 42.2.